[*71]          *STEWART *against* WILLIAMS.

An attachment against a sheriff for not bringing in the body of a defendant, cannot be issued until twenty days after service of a notice of a rule for that purpose.

AN attachment was issued against the sheriff of Delaware for not bringing in the body of the defendant. The rule for the attachment was entered in less than twenty days after service of a notice on the sheriff of the previous rule to bring in the body.

*Hoffman* moved to set aside the attachment, and vacate the rule on which it was founded, for irregularity, with costs.

*Per Curiam.* Let the attachment be set aside, and the rule be vacated, with costs, to be paid by the plaintiff. The sheriff was entitled to twenty days notice of the rule to bring in the body.(a)

(a) Supreme Court, April Term, 1798.—*McGourck* v. *Armstrong.*—*Per Cur.* A sheriff must have twenty days notice of a rule to show cause why an attachment should not issue against him. Judge Radcliffe's MSS. S. C., C. C. 50. See also Grah. Prac. 2d ed. 165, 166, *et seq.*